FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet 04-0101C

Plaintiff(s) or Petitioner(s)
Please see attached.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Norman M. Hirsch

Firm Name: Jenner & Block LLP

Post Office Box: ______

Street Address: 330 N. Wabash

City-State-Zip: Chicago, IL 60611

Telephone & Facsimile Numbers: (312) 923-2782; Fax (312) 840-7782

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [3] [4]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Breach of contract and takings claim related to contract to remove spent nuclear fuel.

Agency Identification Code: [D] [O] [E]

See attached sheet for three digit codes.

Amount Claimed: $ to be determined

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ______

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

1. South Carolina Electric & Gas Company

2. South Carolina Public Service Authority