ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 28 2004
U.S. COURT OF FEDERAL CLAIMS

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-0101C

**RULE 40.2 NOTICE**

Under Rule 40.2(a), South Carolina Electric & Gas Company and South Carolina Public Service Authority (collectively "Plaintiffs") provide the following notice:

Rule 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed related. This action, as well as the actions in Attachment A, all arise from breaches of contracts which were based on the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), 10 C.F.R. § 961.11. However, each of the plaintiffs in these actions executed a separate Standard Contract with Defendant, acting by and through the Department of Energy. Although each Standard Contract, as the name suggests, contains substantially identical material terms and conditions, the parties to each contract are different and each action presents unique factual and legal issues. Accordingly, Plaintiffs do not believe that the actions listed in Attachment A are "directly-related cases" within the meaning of Rule 40.2(a) or that consolidation of the above referenced actions is likely to conserve judicial resources or promote an efficient determination of the actions.

Nonetheless, this notice is filed because the United States has taken the position that the actions listed in Attachment A are related, and Plaintiffs provide this information to permit the Court to make its own judgment as to the proper assignment of this action.

Dated: January 28, 2004

Respectfully submitted,

NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
330 N. Wabash
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile
COUNSEL FOR PLAINTIFFS

Of Counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington. D.C. 20005
(202) 639-6000

William D. Heinz
Donald R. Cassling
Lisa M. Eddington
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

**Attachment A**

*Yankee Atomic Electric Company v. United States,* No. 98-126C (Judge Merow)

*Connecticut Yankee Atomic Power Company v. United States,* No. 98-154C (Judge Merow)

*Maine Yankee Atomic Power Company v. United States,* No. 98-474C (Judge Merow)

*Florida Power & Light Company v. United States,* No. 98-483C (Judge Sypolt)

*Northern States Power Company v. United States,* No. 98-484C (Judge Wiese)

*Duke Power, a Division of Duke Energy Corp. v. United States,* No. 98-485C (Judge Sypolt)

*Indiana Michigan Power Company v. United States,* No. 98-486C (Judge Hodges)

*Sacramento Municipal Utility District v. United States,* No. 98-488C (Judge Braden)

*Southern Nuclear Operating Co., Alabama Power Company, Georgia Power Company v. United States,* No. 98-614C (Judge Merow)

*Commonwealth Edison Company v. United States,* No. 98-621C (Judge Hewitt)

*Boston Edison Company v. United States,* No. 99-447C (Judge Lettow)

*GPU Nuclear, Inc. v. United States,* No. 00-440C (Judge Bush)

*Wisconsin Electric Power Company v. United States,* No. 00-697C (Judge Merow)

*Power Authority of the State of New York v. United States,* No. 00-703C (Judge Damich)

*Omaha Public Power District v. United States,* No. 01-115C (Judge Bush)

*Nebraska Public Power District v. United States,* No. 01-116C (Judge Sypolt)

*Tennessee Valley Authority v. United States,* No 01-249C (Judge Lettow)

*PSEG Nuclear LLC v. United States,* No. 01-551C (Judge Sypolt)

*Vermont Yankee Nuclear Power Corporation v. United States,* No. 02-898C (Judge Hodges)

*Detroit Edison Company v. United States,* No. 02-926C (Judge Williams)

*Consumers Energy Company v. United States,* No. 02-1894C (Judge Damich)

*General Atomics v. United States,* No. 03-2505C (Judge Wolski)

*Entergy Louisiana, Inc. v. United States,* No. 03-2621C (Judge Williams)

*Entergy Nuclear Indian Point 2 v. United States,* No. 03-2622C (Judge Lettow)

*System Fuels, Inc. v. United States,* No. 03-2623C (Judge Lettow)

*System Fuels, Inc. v. United States,* No. 03-2624C (Judge Braden)

*Entergy Gulf States, Inc. v. United States,* No. 03-2625C (Judge Williams)

*Entergy Nuclear Generation Company v. United States,* No. 03-2626C (Judge Lettow)

*Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC and Entergy Nuclear Operations, Inc. v. United States,* No. 03-2627C (Judge Damich)

*Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. v. United States,* No. 03-2663C (Judge Hodges)

*Arizona Public Service Company v. United States*, No. 03-2832C (Judge Hodges)

*Energy Northwest v. United States*, No. 04-0010C (Chief Judge Damich)

*Carolina Power & Light Company, Florida Power Corporation v. United States*, No. 04-0037C (Judge Hewitt)

*Interstate Power and Light Company v. United States*, No. 04-0067C (Judge Lettow)

*Constellation Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., and Nine Mile Point Nuclear Station, LLC v. United States*, No. 04-0068C (Senior Judge Margolis)

*The Cleveland Electric Illuminating Company, Pennsylvania Power Company, and The Toledo Edison Company v. United States*, No. 04-0069C (Judge Wolski)

*PPL Susquehanna, LLC v. United States*, No. 04-0070C (Judge Baskir, Judge Horn)

*Wisconsin Public Service Corporation v. United States*, No. 04-0071C (Judge Block)

*Pacific Gas & Electric Company v. United States*, No. 04-0074

*Pacific Gas & Electric Company v. United States*, No. 04-0075

*Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States*, No. 04-0083C (Judge Bruggink)

*Dominion Resources, Inc. and Virginia Electric and Power Company v. United States*, No. 04-0084C (Judge Bruggink)

*FPL Energy Seabrook, LLC v. United States*, No. 04-0088C (Chief Judge Damich)