IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: July 22, 2004)

SOUTH CAROLINA ELECTRIC & GAS CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

On July 16, 2004, the parties filed a Joint Preliminary Status Report. Within that Status Report, defendant requested that the Court stay proceedings in this case until March 1, 2005. Such request for a stay echoes a prior request for a stay that the Court denied on April 26, 2004.

Defendant's request for a stay is DENIED.

A status conference shall be held in this case on September 9, 2004, commencing at 9:30 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the status conference will be held shall be posted in the lobby of the building. During the status conference, the parties should be prepared to propose a discovery plan for this case and address the need by both parties for discovery.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge