IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS CO., and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-101C |
| v. | ) | (Judge Lettow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S PROPOSED SCHEDULING ORDER

In anticipation of the preliminary scheduling conference to be held on September 9, 2004, the parties discussed and agreed to a proposed schedule, as submitted below. However, the United States conditioned its agreement to the proposed schedule upon receipt from plaintiffs of a detailed damages claim at an early stage in the discovery process. The parties did not agree on this condition.

The United States asks that, in its scheduling order, this Court require plaintiffs to identify projects and items for which they are seeking damages, the costs associated with those projects and items, and the bases of those costs. Requiring this modest additional specificity in disclosure at an early stage in the litigation will assist this Court and the parties to manage and focus the factual and legal issues in this case and minimize wasted time and effort.

Proposed Schedule:

| Event | Date |
|---|---|
| RCFC 26(a) Initial Disclosures and Detailed Damages Claim | October 1, 2004 |

| | |
|---|---|
| Serve Initial Written Discovery Document Requests | October 15, 2004 |
| Begin Depositions | January 1, 2005 |
| Complete Fact Discovery | April 8, 2005 |
| Plaintiff's Expert Report(s) | June 3, 2005 |
| Responsive Expert Report(s) | July 22, 2005 |
| Rebuttal Expert Report(s) | September 1, 2005 |
| Compete Expert Discovery | September 22, 2005 |
| Commence RCFC Appendix A Pre-Trial Schedule | September 22, 2005 |

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0466
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

September 8, 2004

CERTIFICATE OF FILING

I hereby certify that on this 8th day of September, 2004, a copy of foregoing "DEFENDANT'S PROPOSED SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn.