IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-0101C |
| v. | ) | |
| | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER**

Plaintiffs South Carolina Electric & Gas Company and South Carolina Public Service Authority (collectively "Plaintiffs") move for leave to file the attached Plaintiffs' Proposed Scheduling Order. In support of their motion, Plaintiffs state as follows:

1. A preliminary scheduling conference is scheduled for September 9, 2004.

2. Plaintiffs believe that the attached Plaintiffs' Proposed Scheduling Order will aid the Court in its discussions of scheduling issues at the preliminary scheduling conference.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them leave to file the attached Plaintiffs' Proposed Scheduling Order.

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile
COUNSEL FOR PLAINTIFFS

Of counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
Donald R. Cassling
Lisa M. Eddington
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

Dated: September 8, 2004