IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-0101C |
| v. | ) | |
| | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' PROPOSED SCHEDULING ORDER**

In anticipation of the preliminary scheduling conference to be held on September 9, 2004, South Carolina Electric & Gas Company and South Carolina Public Service Authority (collectively "Plaintiffs") submit the following proposed scheduling order[1]:

| Event | Date |
|---|---|
| RCFC 26(a) Initial Disclosures | October 1, 2004 |
| Serve Initial Written Discovery & Document Requests | October 15, 2004 |
| Begin Depositions | January 1, 2005 |
| Complete Fact Discovery | April 8, 2005 |
| Plaintiffs' Expert Report(s) | June 3, 2005 |
| Responsive Expert Report(s) | July 22, 2005 |
| Rebuttal Expert Report(s) | September 1, 2005 |
| Complete Expert Discovery | September 22, 2005 |
| Commence RCFC Appendix A Pre-Trial Schedule | September 22, 2005 |

[1] Plaintiffs' counsel conferred with counsel for the Government in an attempt to reach agreement on a proposed schedule. Altough the parties made substantial progress, the Government declined to agree to the schedule unless Plaintiffs would agree to make initial damages disclosures which Plaintiffs believe exceed their obligations under RCFC 26(a). Because the parties could not reach agreement on a proposed schedule, Plaintiffs submit this schedule as Plaintiffs' proposal.

Respectfully submitted,

s/ Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile
COUNSEL FOR PLAINTIFFS

Of counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
Donald R. Cassling
Lisa M. Eddington
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

Dated: September 8, 2004
1115983