IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: September 9, 2004)

SOUTH CAROLINA ELECTRIC & GAS CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

Pending before the court is Plaintiffs' Motion for Leave to File Proposed Scheduling Order, filed on September 8, 2004. Good cause having been established, plaintiffs' Motion for Leave to File is GRANTED. The Clerk's Office shall file the Plaintiffs' Proposed Scheduling Order as of this date.

Pursuant to RCFC 16(b) and (c) and RCFC Appendix A, and in light of the parties' Joint Preliminary Status Report, filed on July 16, 2004, Plaintiffs' Proposed Scheduling Order, filed on September 8, 2004, Defendant's Proposed Scheduling Order, filed on September 8, 2004, and for good cause shown, discovery and other preparatory steps for trial shall proceed in accord with the following schedule:

| **Event** | **Date** |
| --- | --- |
| RCFC 26(a) Initial Disclosures | October 1, 2004 |
| Service of Initial Written Discovery & Document Requests | October 15, 2004 |
| Commencement of Depositions | January 4, 2005 |
| Completion of Fact Discovery | April 8, 2005 |
| Submission of Plaintiffs' Expert Report(s) | June 3, 2005 |

| | |
|---|---|
| Submission of Responsive Expert Report(s) | July 22, 2005 |
| Submission of Rebuttal Expert Report(s) | September 1, 2005 |
| Completion of Expert Discovery | September 22, 2005 |
| Commencement of RCFC Appendix A Pre-Trial Schedule | September 22, 2005 |
| Pre-Trial Conference | January 12, 2006 |
| Commencement of Trial | January 23, 2006 |

It is so **ORDERED**.

s/Charles F. Lettow
Charles F. Lettow
Judge