IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101C

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-101C |
| v. | ) | (Judge Lettow) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
AND E-MAIL PRESERVATION ORDER

Discovery and other proceedings in this case may require the parties to disclose confidential information of the parties. The parties jointly file this motion for entry of a protective order and an e-mail preservation order. The attached orders are substantially identical to the protective order and e-mail preservation order of this Court in Entergy Nuclear Generation Co., v. United States, No. 03-02626C (Fed. Cl.). The parties and their counsel have agreed on the protective order and the e-mail preservation order provided herein and request this Court enter them as orders of the Court.

Respectfully Submitted,

s/Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923- 2782 telephone
(312) 840-7782 facsimile
COUNSEL FOR PLAINTIFFS

Of Counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
Donald R. Cassling
David Jimenez-Ekman
Lisa M. Eddington
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

Attorneys for Plaintiff
December 28, 2004

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0466
Fax: (202) 307-2503

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of December, 2004, a copy of the foregoing "JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND E-MAIL PRESERVATION ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn