IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-101C (Judge Lettow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENLARGE DEADLINE FOR**
**COMPLETING FACT WITNESS DEPOSITIONS**

Pursuant to RCFC 29, the parties respectfully request that the Court enlarge the deadline by which the parties must complete fact witness depositions by 28 days, to and including, May 6, 2005. Currently, by order dated September 9, 2004, fact discovery in this case concludes on April 8, 2005. Neither party has previously requested an enlargement of time for this purpose.

The parties have agreed to schedule depositions of South Carolina Electric & Gas employees through April 27, 2005. The Government anticipates completing its fact witness depositions on that date, the majority having been concluded by April 8, 2005. In addition, counsel for South Carolina Electric & Gas noticed the Government for a RCFC 30(b)(6) deposition and requested examination on matters similar to those for which the Government received a RCFC 30(b)(6) notice from plaintiffs in Southern Nuclear Operating Company, et al. v. United States, No. 98-614C (Fed. Cl.). The Government intends to make their RCFC 30(b)(6) witness available to both parties on April 11, 2005.

For the reasons stated herein, defendant respectfully requests that the Court grant the parties' motion to enlarge the period of time within which to take fact witness depositions.

Respectfully submitted,

s/Norman M. Hirsch
Norman M. Hirsch
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Of Counsel:
David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 20218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

Attorneys for Plaintiffs

April 6, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0466

Attorneys for Defendant

CERTIFICATE OF FILING, AND CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2005, a copy of foregoing "**JOINT MOTION TO ENLARGE DEADLINE FOR COMPLETING FACT WITNESS DEPOSITIONS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.