IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: April 8, 2005)

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Enlarge Deadline for Completing Fact Witness Depositions, filed on April 6, 2005. The parties are currently scheduled to complete fact discovery by April 8, 2005. They seek an additional 28 days in which to complete fact discovery.

For good cause shown, the parties' motion is GRANTED. This court's scheduling order of September 9, 2004 is hereby amended such that fact discovery shall be completed on or before May 6, 2005. That order is otherwise unchanged.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge