IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-0101C |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENLARGE DEADLINE FOR COMPLETING FACT WITNESS DEPOSITIONS**

Pursuant to RCFC 29, the parties respectfully request that the Court enlarge the deadline by which the parties must complete fact witness depositions by one week, to and including May 13, 2005. Currently, by order dated April 8, 2005, fact discovery in this case concludes on May 6, 2005. This is the parties' second request for an enlargement of time.

The Government has requested the depositions of two fact witnesses in addition to the depositions which have been completed to date. Due to the schedule of counsel for the plaintiff, and witness availability, the parties have agreed that those two depositions will take place during the week of May 9, 2005. For this reason, the parties respectfully request that the Court grant the parties' motion to enlarge the period of time within which to take fact witness depositions to and including May 13, 2005. The parties do not anticipate that the requested extension will require a change of any other date in the Court's September 9, 2004 scheduling order.

Dated: April 26, 2005

Respectfully Submitted,

/s Norman M. Hirsch
Norman M. Hirsch
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Of Counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COEHEN
Director

/s Harold D. Lester, Jr.
Harold D. Lester, Jr.
Assistant Director

/s Stephen Finn
Stephen Finn, Trial Attorney
U.S. Department of Justice
Commercial Litigation Section
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W., Room 12068
Washington, D.C. 20005
(202) 307-0277

Attorney for Defendant

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2005, a copy of foregoing "JOINT MOTION TO ENLARGE DEADLINE FOR COMPLETING FACT DEPOSITIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch