IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: April 28, 2005)

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Enlarge Deadline for Completing Fact Witness Depositions, filed on April 26, 2005. The parties are currently scheduled to complete fact discovery by May 6, 2005. They seek an additional seven days in which to complete fact discovery.

For good cause shown, the parties' motion is GRANTED. This court's scheduling order of September 9, 2004, as amended on April 8, 2005, is further amended such that fact discovery shall be completed on or before May 13, 2005. That order is otherwise unchanged.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge