IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-101C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ORDER
REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Plaintiffs, South Carolina Electric & Gas and South Carolina Public Service Authority, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case. The parties agree that, for the benefit of both parties, they would like the Court to enter an order that eliminates the need for either party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which both parties agree, is attached to this motion.

Respectfully submitted,

s/Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
330 N. Wabash
Chicago, IL 60611
Tele: (312) 923-2782
Fax: (312) 840-7782

Of Counsel:
David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005

William Heinz
Donald R. Cassling
David Jiménez-Ekman
Lisa M. Eddington
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29641-2901
(843) 761-4016

Attorneys for Plaintiffs

Dated: June 7, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0466
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Attorneys for Defendant

CERTIFICATE OF FILING, AND CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2005, a copy of foregoing "**JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen Finn