IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-101C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

Charles F. Lettow
Judge