IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-0101C |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTIONFOR LEAVE TO FILE INSTANTER EXHIBIT A TO PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER LIMITING THE SCOPE OF TRIAL AND PRESERVING PLAINTIFFS' RIGHT TO BRING SUBSEQUENT ACTIONS FOR DAMAGES INCURRED AFTER DECEMBER 31, 2004**

Plaintiffs South Carolina Gas & Electric Company and South Carolina Public Service Authority (collectively "SCE&G") respectfully move this Court for leave to file instanter Exhibit A to Plaintiffs' Motion For Entry Of An Order Limiting The Scope Of Trial And Preserving Plaintiffs' Right To Bring Subsequent Actions For Damages Incurred After December 31, 2004. In support of this motion, Plaintiffs state as follows:

1. On June 2, 2005 Plaintiff filed a Motion For Entry Of An Order Limiting The Scope Of Trial And Preserving Plaintiffs' Right To Bring Subsequent Actions For Damages Incurred After December 31, 2004 (the "Motion").

2. Plaintiffs inadvertently did not attach Exhibit A to its motion when it filed the Motion using the Court's CM/ECF System, which has been attached to this motion as Exhibit A.

3. Plaintiffs apologize for any inconvenience to the Court of the Government caused by this omission.

WHEREFORE, Plaintiffs respectfully request leave to file instanter Exhibit A to Plaintiffs' Motion For Entry Of An Order Limiting The Scope Of Trial And Preserving Plaintiffs' Right To Bring Subsequent Actions For Damages Incurred After December 31, 2004.

Dated: June 7, 2005

Respectfully submitted,

/s Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
330 N. Wabash
Chicago, IL 60611
(312) 923-2782 telephone
(312) 840-7782 facsimile
COUNSEL FOR PLAINTIFFS

Of Counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2005, a copy of foregoing "PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER EXHIBIT A TO PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER LIMITING THE SCOPE OF TRIAL AND PRESERVING PLAINTIFFS' RIGHT TO BRING SUBSEQUENT ACTIONS FOR DAMAGES INCURRED AFTER DECEMBER 31, 2004" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch