IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-0101C |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER REGARDING MOTION ON FUTURE DAMAGES**

This matter coming before the Court on the Motion Of Plaintiffs For Entry Of Order Limiting The Scope Of Trial And Preserving Plaintiffs' Right To Bring Subsequent Actions For Damages Incurred After December 31, 2004, the motion is granted as follows:

1. Plaintiffs South Carolina Gas & Electric Company and South Carolina Public Service Authority (collectively "SCE&G") may seek to recover in this action any and all damages incurred or first accruing through and including December 31, 2004.

2. SCE&G shall have the unqualified right to bring subsequent additional legal actions for any and all damages caused by, or related to, the Government's alleged breach of the Standard Contract and to seek any and all damages incurred or accruing on or after January 1, 2005.

3. Any subsequent claim brought by SCE&G for any and all damages caused by or related to the Government's alleged breach of the Standard Contract seeking damages incurred or accruing on or after January 1, 2005 shall not be barred or precluded on account of the filing, litigation, resolution of or judgment in this action.

4. Any subsequent additional legal action by SCE&G for damages caused by or related to the Government's alleged breach of the Standard Contract seeking damages incurred or accruing on or after January 1, 2005 should be filed as a directly-related case pursuant to Rule 40-2, or its successor, of the Rules of the United States Court of Federal Claims, because these future actions will involve the same parties and the same contract and property as this action.

5. Any claim by SCE&G for damages incurred on or after January 1, 2005 shall be considered to accrue for purposes of the statute of limitations at the time such damages are incurred.

IT IS SO ORDERED.

________________________________

Judge Charles F. Lettow