IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: June 14, 2005)

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiffs' Motion for Leave to File Instanter Exhibit A to Plaintiffs' Motion for Entry of an Order Limiting the Scope of Trial and Preserving Plaintiffs' Right to Bring Subsequent Actions for Damages Incurred After December 31, 2004, filed on June 7, 2005. Plaintiffs represent that they inadvertently failed to attach Exhibit A to their motion for entry of an order limiting the scope of trial and now seek leave to file the exhibit.

For good cause shown, the plaintiffs' motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge