IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: June 14, 2005)

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for an Order Regarding Discovery of Draft Expert Reports, filed on June 7, 2005. The parties request that the court issue an order stating that neither party shall be required to produce any draft of any expert report prepared in connection with this case.

For good cause shown, the parties' motion is GRANTED. No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge