IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-0101C |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ORDER REGARDING THE TREATMENT OF DEPOSITIONS AND TRIAL TESTIMONY FROM OTHER SPENT NUCLEAR FUEL CASES**

Plaintiffs South Carolina Electric & Gas Company and South Carolina Public Service Authority (collectively "SCE&G") and the defendant, the United States, respectfully request that the Court enter an order, based upon a joint stipulation of the parties, regarding the use of trial and deposition testimony of Government witnesses in other spent fuel cases in the current action. The parties agree that, for the benefit of both parties, they would like the Court to enter an order in accordance with the terms of the attached joint stipulation and order.

Dated: June 21, 2005

Respectfully Submitted,

/s Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

*Attorneys for Plaintiffs*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s Stephen Finn
STEPHEN FINN
Trial Attorney
U.S. Department of Justice
Commercial Litigation Section
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-0466

OF COUNSEL:

JANE K TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*Attorney for Defendant*

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2005, a copy of foregoing "JOINT MOTION FOR AN ORDER REGARDING THE TREATMENT OF DEPOSITIONS AND TRIAL TESTIMONY FROM OTHER SPENT NUCLEAR FUEL CASES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch