IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | |
| Plaintiffs, | No. 04-0101C |
| v. | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT STIPULATION AND ORDER REGARDING THE TREATMENT OF DEPOSITIONS AND TRIAL TESTIMONY FROM OTHER SPENT NUCLEAR FUEL CASES**

Plaintiffs South Carolina Electric & Gas Company and South Carolina Public Service Authority (collectively "SCE&G" or "Plaintiffs") and Defendant United States of America ("Defendant") hereby make the following binding and conclusive agreement and stipulation, and the Court hereby orders that:

1. For the purpose of this stipulation "Other SNF Actions" shall mean all other actions pending or previously brought against the United States in the United States Court of Federal Claims which include a claim for breach of the Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste or a claim based on Defendant's obligations to remove spent nuclear fuel pursuant to the Nuclear Waste Policy Act.

2. For the purpose of this stipulation "Government Witness" shall mean all current and former employees of the Department of Energy ("DOE"), Nuclear Regulatory Commission ("NRC"), and other Government agencies, and their contractors who have testified on behalf of the Government in other SNF actions, and shall also include those witnesses designated to testify pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims ("RCFC"). The term "Government Witness" shall not include persons who are retained or specially employed by the

Defendant to provide expert testimony pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence ("FRE"), who shall be referred to as a "Testifying Expert Witness."

3. Except for prepared written direct trial examination testimony, plaintiffs and defendant ("the Parties") may use in the present action all trial and deposition testimony of Government Witnesses in the Other SNF Actions in the same manner, and to the same extent, as deposition or trial testimony in this action, and the Parties shall not object to the use in this action of trial or deposition testimony taken in Other SNF Actions on the ground that it was not taken in this action. Such trial or deposition testimony will be treated as taken in the present lawsuit under RCFC 32(a). The provisions of this paragraph and the following paragraph 4 do not apply to prepared written direct trial examination testimony, about which the Parties have reached no stipulation.

4. The Parties will not object to the introduction of trial or deposition testimony of Government Witnesses in Other SNF Actions on the ground that the Parties did not have an opportunity and similar motive to develop the prior deposition and trial testimony of Government Witnesses taken in Other SNF Actions, and such testimony shall not be excluded by the hearsay rule under FRE 804(b)(1) if the Government Witness is unavailable at the trial of this action.

5. Except as provided in Paragraphs 3 and 4, the Parties expressly reserve the right to object to the use and admission in this action of all trial and deposition testimony of Government Witnesses taken in Other SNF Actions on any and all grounds, and such deposition or trial testimony from Other SNF Actions remains subject to the other requirements of the RCFC and FRE.

6. The Parties have not reached any stipulation regarding Testifying Expert Witnesses.

Dated: June 21, 2005

Respectfully Submitted,

/s Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s Stephen Finn
STEPHEN FINN
Trial Attorney
U.S. Department of Justice
Commercial Litigation Section
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-0466

OF COUNSEL:

JANE K TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*Attorney for Defendant*

IT IS SO ORDERED.

______________________________
Judge Charles F. Lettow