IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-0101C |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENLARGE DEADLINE FOR SUBMISSION OF PLAINTIFFS' REBUTTAL EXPERT REPORTS AND DEADLINE FOR COMPLETION OF EXPERT DISCOVERY**

Pursuant to RCFC 29, the Plaintiffs, South Carolina Electric & Gas Company and the South Carolina Public Service Authority (collectively "Plaintiffs" or "SCE&G"), and the Defendant, the United States, respectfully request that the Court enter an order (1) enlarging the deadline by which the Plaintiffs must disclose rebuttal expert reports from September 1, 2005 to September 9, 2005, and (2) enlarging the deadline for conclusion of expert discovery from September 22, 2005 to September 29, 2005. This is the parties' first request for an enlargement of these deadlines.

Despite good faith efforts by both parties, the parties have been unable to schedule, at times convenient for all, the depositions of Defendant's experts regarding reports issued July 22, 2005 until the week of August 29, 2005. For this reason, and to permit plaintiffs' experts ample time to consider the deposition testimony of Defendant's experts before making rebuttal disclosures, the parties respectfully request that the Court grant the parties' motion to extend the deadline for submission of Plaintiffs' rebuttal expert reports to and including September 9, 2005. To allow for sufficient time to schedule additional depositions of Plaintiffs' experts on rebuttal issues, the parties respectfully request that the Court also extend the deadline for completion of

Expert Discovery to and including September 29, 2005. All other deadlines in the Court's September 9, 2004 Scheduling Order would remain unchanged, and the parties respectfully believe that this short enlargement would not delay the ultimate resolution of this matter or any other existing deadlines.

Dated: August 12, 2005

/s Norman M. Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

OF COUNSEL:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

*Attorneys for Plaintiff*

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s Stephen Finn
STEPHEN FINN
Trial Attorney
U.S. Department of Justice
Commercial Litigation Section
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-0466

OF COUNSEL:

JANE K TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

*Attorney for Defendant*

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2005, a copy of foregoing "JOINT MOTION TO ENLARGE DEADLINE FOR SUBMISSION OF PLAINTIFFS' REBUTTAL EXPERT REPORTS AND DEADLINE FOR COMPLETION OF EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch