IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: August 16, 2005)

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Enlarge Deadline for Submission of Plaintiffs' Rebuttal Expert Reports and Deadline for Completion of Expert Discovery, filed on August 12, 2005. The parties are currently scheduled to exchange rebuttal expert reports on or before September 1, 2005, and to complete expert discovery by September 22, 2005. The parties request an additional eight days to disclose rebuttal expert reports and an additional seven days to conclude discovery.

For good cause shown, the parties' motion is GRANTED. The Scheduling Order of September 9, 2004, as amended on April 8, 2005, is hereby further amended to require that the parties exchange rebuttal expert reports on or before September 9, 2005 and conclude discovery on or before September 29, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge