IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-101C (Judge Lettow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENLARGE DEADLINE FOR**
**COMPLETING EXPERT DISCOVERY**

Pursuant to RCFC 29, the Plaintiffs, South Carolina Electric & Gas Company and the South Carolina Public Service Authority (collectively "Plaintiffs" or "SCE&G"), and the Defendant, the United States, respectfully request that the Court enter an order enlarging the deadline by which the parties must complete expert discovery by eight days, to and including, October 7, 2005. Currently, by order dated August 16, 2005, expert discovery in this case concludes on or before September 29, 2005. The parties previously requested an enlargement of time for completing expert discovery by joint motion submitted on August 12, 2005.

The Parties had scheduled the final deposition of an expert to occur on September 28, 2005. However, on September 26, 2005 a medical issue arose requiring counsel of record for the Government to remain in the Washington D.C. area through September 28, 2005. The parties have rescheduled the final deposition for October 6, 2005, and have agreed to this joint motion for the sole purpose of conducting this final deposition.

For the reasons stated herein, defendant respectfully requests that the Court grant the parties' motion to enlarge the period of time within which to take expert witness depositions.

Respectfully submitted,

s/Norman M. Hirsch
Norman M. Hirsch
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Of Counsel:
David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 20218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director

s/Stephen Finn
STEPHEN FINN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0466

Attorneys for Defendant

September 28, 2005

CERTIFICATE OF FILING, AND CERTIFICATE OF SERVICE

I hereby certify that on this 28th of September, 2005, a copy of foregoing "**JOINT MOTION TO ENLARGE DEADLINE FOR COMPLETING EXPERT DISCOVERY"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner