IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101C

(Filed: September 28, 2005)

SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Enlargement of Time to Complete Expert Discovery, filed on September 28, 2005. Currently, by order of August 16, 2005, the parties are scheduled to conclude expert discovery on or before September 29, 2005. A medical emergency required the parties to postpone a deposition that was scheduled to occur just prior to this deadline. The parties request an additional eight days to complete expert discovery.

For good cause shown, the parties' motion is GRANTED. The Scheduling Order of August 16, 2005, is hereby amended to require that the parties complete expert discovery on or before October 7, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge