IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: November 1, 2005)

SOUTH CAROLINA ELECTRIC & GAS CO., )
Plaintiff, )
v. )
UNITED STATES, )
Defendant, )

ORDER

A telephonic status conference shall be held in this case on November 14, 2005, commencing at 11:30 a.m. The court will initiate the call. During the status conference, the parties should be prepared to address the progress of the parties' preparations for trial and the times, location, and duration of the pretrial conference and trial in this case. Pursuant to the court's scheduling order of September 9, 2004, the pretrial conference is currently scheduled to be conducted on January 12, 2006, and the trial is scheduled to commence on January 26, 2006.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge