IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: November 14, 2005)

SOUTH CAROLINA ELECTRIC & GAS CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

A telephonic status conference shall be held in this case on December 1, 2005, commencing at 11:00 a.m. The court will initiate the call. Pursuant to the court's scheduling order of September 9, 2004, the pretrial conference is currently scheduled to be conducted on January 12, 2006, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C., and the trial is scheduled to commence on January 23, 2006 at 9:30 a.m. at the National Courts Building in Washington, D.C.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge