IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: December 12, 2005)

SOUTH CAROLINA ELECTRIC & GAS CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

The court's Order of December 1, 2005 is hereby amended to provide that the telephonic status conference scheduled for December 13, 2005 shall instead be held on December 16, 2005, commencing at 3:00 p.m. The court will initiate the call.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge