IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101-C

(Filed: December 16, 2005)

SOUTH CAROLINA ELECTRIC & GAS CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

In light of the status conference held on December 16, 2005, and for good cause shown, the parties' pre-trial obligations under the Rules of the Court of Federal Claims, Appendix A, ¶¶ 13-17, are suspended, and the court's Scheduling Order of September 9, 2004 is rescinded insofar as the dates for a pre-trial conference and commencement of trial are concerned. The dates for a pre-trial conference and commencement of trial may be addressed by a further scheduling order.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge