IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-101C

(Filed: April 11, 2006)

SOUTH CAROLINA ELECTRIC & GAS CO.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

At the Status Conference held on December 16, 2005, the parties reported that they had reached an agreement in principle to resolve the case amicably as a result of their settlement negotiations. In light of this status conference, in its Order of December 16, 2005 the court suspended the parties' pre-trial obligations under the Rules of the Court of Federal Claims, Appendix A, ¶¶ 13-17, and rescinded the court's Scheduling Order of September 9, 2004 insofar as the dates for a pre-trial conference and commencement of trial are concerned.

No settlement agreement or stipulation for dismissal based upon settlement has been filed to date. Consequently, the parties are instructed to file a Joint Status Report on or before April 26, 2006, respecting the current status of the settlement negotiations.

It is so ORDERED.

s/Charles F. Lettow
Charles F. Lettow
Judge