**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY and SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, | ) | |
| Plaintiffs, | ) | No. 04-0101C |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), and in accordance with the Settlement Agreement between the parties, the parties hereby stipulate to dismissal of this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees. Nothing contained in this stipulation shall affect any of the rights of the parties identified in the Settlement Agreement.

Dated: April 24, 2006

/s Norman M. Hirsch
Norman M. Hirsch
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Of Counsel:

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000

William D. Heinz
David Jiménez-Ekman
Lisa M. Eddington
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Thomas G. Eppink
SCANA Services, Inc.
Legal Dept. MC-130
Columbia, SC 29218
(803) 217-9448

Stephen R. Pelcher
Santee Cooper
Post Office Box 2946101
Moncks Corner, SC 29461-2901
(843) 761-4016

*Attorneys for Plaintiff*

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Harold D. Lester, Jr.
Harold D. Lester, Jr.
Assistant Director

/s Stephen Finn
Stephen Finn, Trial Attorney
U.S. Department of Justice
Commercial Litigation Section
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W., Room 12068
Washington, D.C. 20005
(202) 307-0277

*Attorney for Defendant*

**CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2006, a copy of foregoing "Stipulation Of Dismissal" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Norman M. Hirsch